**ORIGINAL**

CAROL C. LAM
United States Attorney
DANIEL S. ANDERSEN
Special Assistant U.S. Attorney
28 U.S.C. § 543
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7460

Attorneys for Defendant
United States of America

FILED

06 OCT 20  AM II: 23

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY ACOSTA , <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, DOES 1-15 <br><br> Defendant. | Civil Case No. 05cv2022-H (BLM) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON

1   **IT IS HEREBY STIPULATED** by and between the parties to this action, through their

2   designated counsel, and pursuant to the terms of a stipulation for compromise settlement and

3   release ("settlement agreement") signed by the Plaintiff and the designated counsel for the

4   respective parties, that the above-captioned case be, and hereby is, dismissed in its entirety

5   with prejudice under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party

6   to bear its own attorneys' fees, expenses and costs of suit.

7

8   DATED: _Sept 8_, 2006                HOLLY ACOSTA

9                                        Plaintiff

10

11  DATED: _Sept 8_, 2006                BELLON & LISIECKI, LLP

12

13

14                                       JOSEPH P. LISIECKI, III
                                         Attorney for Plaintiff

15

16  DATED: _Sept. 22_, 2006              CAROL C. LAM
                                         United States Attorney
·17

18                                       DANIEL S. ANDERSEN

19                                       Special Assistant U.S. Attorney

20                                       Attorneys for Defendant
                                         United States of America

21  -----------------------------------------------------------------------------------------

22                               **O R D E R**

23       Pursuant to the foregoing Stipulation of the parties, IT IS HEREBY ORDERED THAT:

24  This action is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of

25  Civil Procedure, with each party to bear its own attorneys' fees and costs of suit.

26  DATED: _10/19_, 2006

27                                       United States District Judge

28

                                    2                              04cv2323